BRIAN STRETCH
Acting United States Attorney
DEBORAH LEE STATCHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER, WSBN 14195
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone:  (415) 977-8979
    Facsimile:  (415) 744-0134
    E-mail: Ben.Porter@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA BAKER,<br><br>              Plaintiff,<br><br>   v.<br><br><br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>             Defendant. | Case No. 3:16-cv-00771-EMC<br><br><br>STIPULATION TO EXTEND<br>BRIEFING SCHEDULE |

TO THE HONORABLE EDWARD M. CHEN, DISTRICT JUDGE OF THE UNITED STATES DISTRICT COURT:

The parties, by and through their respective counsel, hereby stipulate to allow Defendant a three (3) day extension to file her OPPOSTION BRIEF TO

3:16-cv-00771-EMC – Stip. for Ext. & Prop. Order  -1-

PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM. Plaintiff filed her First Motion for Summary Judgment on July 7, 2016, and Defendant's response was due August 12, 2016 (CR 15). However, Defendant's counsel mistakenly noted on his calendar that the response was due August 15, 2016. The parties stipulate that Defendant shall have until Monday August 15, 2016 to file her Opposition Brief, and Plaintiff shall have fourteen (14) days to and including August 29, 2016 to serve and file any reply.

     This is Defendant's first request for extension of time. Defendant apologizes for any inconvenience to the Court, to Plaintiff, and to Plaintiff's counsel for the error.

Respectfully submitted,

DATE: August 15, 2016        BRIAN STRETCH
                                          Acting United States Attorney
                                          DEBORAH LEE STATCHEL
                                          Acting Regional Chief Counsel, Region IX
                                          Social Security Administration

                                  By:    */s/ Ben A. Porter*
                                          BEN A. PORTER
                                          Special Assistant U.S. Attorney
                                          Attorneys for Defendant

DATE: August 15, 2016        DANIEL HOMER
                                          /s/ *Daniel Homer*
                                          Attorney for plaintiff
                                          LENA BAKER
                                  (As authorized by e-mail dated August 15, 2016)

BRIAN STRETCH
Acting United States Attorney
DEBORAH LEE STATCHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER WSBN 14195
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone:  (415) 977-8979
    Facsimile:  (415) 744-0134
    E-mail: Ben.Porter@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LENA BAKER, | ) | Case No. 3:16-cv-00771-EMC |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER EXTENDING |
| | ) | BRIEFING SCHEDULE |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED:

    Pursuant to the parties' stipulation, that Defendant shall have to and including, August 15, 2016, to serve and file her OPPOSTION BRIEF TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM.  Plaintiff

3:16-cv-00771-EMC – Stip. for Ext. & Prop. Order  -3-

shall have fourteen (14) days from August 15, 2016, to and including August 29, 2016, to serve and file her reply.

Dated: 8/16/16

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE



3:16-cv-00771-EMC – Stip. for Ext. & Prop. Order  -4-