Daniel Homer, CSBN 263987
Homeless Action Center
1432 Franklin St
Oakland CA 94612
510-836-3260 ext 320
Fax: 510-836-7690
DHomer@homelessactioncenter.org

Attorney for Plaintiff Lena Baker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Lena Baker,                              | ) | CIVIL NO. 3:16-cv-00771-EMC |
|---|---|---|
|     Plaintiff,       | ) | |
|                                          | ) | STIPULATION AND PROPOSED ORDER |
|     v.               | ) | APPROVING SETTLEMENT OF |
|                                          | ) | ATTORNEY FEES PURSUANT TO THE |
| Carolyn Colvin,                          | ) | EQUAL ACCESS TO JUSTICE ACT |
|     Defendant.       | ) | |
| _____           | ) | |

      IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOUR THOUSAND FIVE HUNDRED SEVENTY NINE DOLLARS ($4579.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

      After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  If the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made

Baker v. Colvin 3:16-cv-00771-EMC STIPULATION AND PROPOSED ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

directly to the Homeless Action Center, pursuant to the assignment executed by Plaintiff. The parties agree that such payment will be mailed to: **Homeless Action Center, 3126 Shattuck Ave Berkeley CA 94705**

Dated: December 12, 2016    By:    /s/   *Daniel Homer*
                                              DANIEL HOMER
                                              Attorney for Plaintiff

Dated: December 12, 2016    By:    /s/ *Ben Porter* (authorized by email 12/12/16)
                                              Ben Porter
                                              Senior Attorney, Office of the Reginal Chief Counsel, R-IX/SSA

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of FOUR THOUSAND FIVE HUNDRED SEVENTY NINE DOLLARS ($4579.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated:   12/13/2016

THE HONORABLE Edward M. Chen
United States District Judge
Northern District California



Baker v. Colvin 3:16-cv-00771-EMC STIPULATION AND PROPOSED ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT